Karl Herr and Rebecca Herr, appellees, v. Harry Grossman, appellant. Gen. No. 28,369.

Claim for pair of diamond ear screws, pledged with pawnbroker, who refused to make return on offer to pay amount borrowed. Judg-

ment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924.

Bernstein, Zolla & Bernstein, for appellant. No appearance for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.